# EXHIBIT "A"

FILED: SUFFOLK COUNTY CLERK 02/25/2021 01:32 PM
NYSCEF DOC. NO. 1

INDEX NO. 603276/2021
RECEIVED NYSCEF: 02/25/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
---------------------------------------------------------------X
JANICE COLLETTI,

                      Plaintiff(s),

-against-

TARGET and TARGET CORPORATION,

                      Defendant(s).
---------------------------------------------------------------X

Index No.:
Date Purchased:

**E-FILED SUMMONS**

Plaintiffs designate Suffolk County as the place of trial.

The basis of venue is:
Plaintiff's Residence

Plaintiffs reside at:
615 Broadway
Apartment 10
Amityville, NY 11701
County of Suffolk

**To the above named Defendants:**

    You are hereby summoned to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Ronkonkoma, New York
          February 25, 2021

SEAN KELLY
Gruenberg Kelly Della
700 Koehler Avenue
Ronkonkoma, New York 11779
631-737-4110
Our File No. 190436

TO:

Target
100 Willow Street
Farmingdale, NY 11735

Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403

1

FILED: SUFFOLK COUNTY CLERK 02/25/2021 01:32 PM
NYSCEF DOC. NO. 1

INDEX NO. 603276/2021
RECEIVED NYSCEF: 02/25/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
---------------------------------------------------------------X
JANICE COLLETTI,

                      Plaintiff(s),

    -against-

TARGET and TARGET CORPORATION,

                      Defendant(s).
---------------------------------------------------------------X

Index No.:

**E-FILED VERIFIED COMPLAINT**

Plaintiff, by her attorneys, GRUENBERG KELLY DELLA, complaining of the Defendants, respectfully allege, upon information and belief:

1. That at all times herein mentioned, plaintiff was, and still is, a resident of the County of Suffolk, State of New York.

2. That the cause of action alleged herein arose in the State of New York, County of Suffolk.

3. That this action falls within one or more of the exemptions set forth in CPLR §1602.

4. That at all times hereinafter mentioned and upon information and belief, defendant, TARGET, was and still is a domestic corporation organized and existing under and by virtue of the Laws of the State of New York.

5. That at all times hereinafter mentioned and upon information and belief, defendant, TARGET CORPORATION, was and still is a domestic corporation organized and existing under and by virtue of the Laws of the State of New York.

6. That at all times hereinafter mentioned and upon information and belief, defendant, TARGET, was and still is a foreign corporation authorized to do business under and by virtue of the Laws of the State of New York.

FILED: SUFFOLK COUNTY CLERK 02/25/2021 01:32 PM
NYSCEF DOC. NO. 1

INDEX NO. 603276/2021
RECEIVED NYSCEF: 02/25/2021

7. That at all times hereinafter mentioned and upon information and belief, defendant, TARGET CORPORATION, was and still is a foreign corporation authorized to do business under and by virtue of the Laws of the State of New York.

8. That at all times hereinafter mentioned and upon information and belief, defendant, TARGET, was and still is a partnership authorized to conduct business under and by virtue of the Laws of the State of New York.

9. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET, owned the premises located at 100 Willow Street, Farmingdale, New York.

10. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET CORPORATION, owned the premises located at 100 Willow Street, Farmingdale, New York.

11. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET, leased and/or rented the aforesaid premises.

12. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET CORPORATION, leased and/or rented the aforesaid premises.

13. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET, operated the aforesaid premises.

14. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET CORPORATION, operated the aforesaid premises.

15. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET, maintained the aforesaid premises.

16. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET CORPORATION, maintained the aforesaid premises.

FILED: SUFFOLK COUNTY CLERK 02/25/2021 01:32 PM
NYSCEF DOC. NO. 1

INDEX NO. 603276/2021
RECEIVED NYSCEF: 02/25/2021

17. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET, managed the aforesaid premises.

18. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET CORPORATION, managed the aforesaid premises.

19. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET, controlled the aforesaid premises.

20. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET CORPORATION, controlled the aforesaid premises.

21. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET, repaired the aforesaid premises.

22. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET CORPORATION, repaired the aforesaid premises.

23. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET, inspected the aforesaid premises.

24. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET CORPORATION, inspected the aforesaid premises.

25. That on August 24, 2019, and at all times herein mentioned, an unsafe and hazardous condition existed on or about the aforesaid premises.

26. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET, caused this unsafe and hazardous condition.

27. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET CORPORATION, caused this unsafe and hazardous condition.

28. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET, created this unsafe and hazardous condition.

FILED: SUFFOLK COUNTY CLERK 02/25/2021 01:32 PM        INDEX NO. 603276/2021
NYSCEF DOC. NO. 1                                       RECEIVED NYSCEF: 02/25/2021

29. That on August 24, 2019, and at all times herein mentioned, defendant, TARGET CORPORATION, created this unsafe and hazardous condition.

30. That upon information and belief, defendant, TARGET, had actual notice of this unsafe and hazardous condition.

31. That upon information and belief, defendant, TARGET CORPORATION, had actual notice of this unsafe and hazardous condition.

32. That upon information and belief, defendant, TARGET, had constructive notice of this unsafe and hazardous condition.

33. That upon information and belief, defendant, TARGET CORPORATION, had constructive notice of this unsafe and hazardous condition.

34. That on August 24, 2019, plaintiff, JANICE COLLETTI, was lawfully present on or about the aforesaid premises.

35. That on August 24, 2019, plaintiff, JANICE COLLETTI, was lawfully present on the aforesaid premises with the knowledge, permission and consent of the defendants.

36. That on August 24, 2019, while plaintiff, JANICE COLLETTI, was lawfully present on the aforesaid premises, plaintiff was caused to slip and fall.

37. That on August 24, 2019, plaintiff, JANICE COLLETTI, was caused to slip and fall due to the abovementioned unsafe and hazardous condition.

38. That as a result of the plaintiff, JANICE COLLETTI, slipping and falling, plaintiff was caused to sustain severe and permanent injuries.

39. That the above mentioned occurrence and the results thereof were caused by the negligence of the defendants and/or said defendants' servants, agents, employees and/or licensees in the ownership, operation, management, maintenance, repair, inspection and control of the aforesaid premises.

40. That no negligence on the part of the plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

41. That because of the unsafe and hazardous condition that existed at the above stated premises, plaintiff was caused to sustain serious injuries and to have suffered pain, shock, mental anguish; that these injuries and their effects will be permanent; as a result of said injuries plaintiff was caused and will continue to be caused to incur expenses for medical care and attention; and plaintiff was and will continue to be rendered unable to perform plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

42. That as a result of the foregoing, plaintiff, JANICE COLLETTI, has been damaged in an amount that exceeds the jurisdictional limits of all lower courts that might otherwise have jurisdiction.

**WHEREFORE**, Plaintiff demands judgment against the Defendants in an amount that exceeds the jurisdictional limits of all lower courts that might otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: Ronkonkoma, New York
February 25, 2021

Yours, etc.

SEAN KELLY
Gruenberg Kelly Della
700 Koehler Avenue
Ronkonkoma, New York 11779
631-737-4110
Our File No. 190436

INDIVIDUAL VERIFICATION

STATE OF NEW YORK
COUNTY OF SUFFOLK          SS.:

_Janice Colletti_ being duly sworn deposes and says:

I am the plaintiff(s) herein; I have read the annexed

_Summons and Complaint_

and know the contents thereof and the same are true to my knowledge, except for those matters therein which are stated to be alleged on information and belief, and as to those matters, I believe them to be true.

x _Janice Colletti_

Sworn to before me this
25 day of February 2021

_[signature]_
Notary Public

JANBEN RUSSO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RU6411442
Qualified in SUFFOLK County
Commission Expires 11/23/24